IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KEVIN FROST, SR., | No. C 13-00739 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| G. D. LEWIS, et al., | |
| Defendants. | |

This action is DISMISSED because it is duplicative of Plaintiff's prior prisoner action in Case No. C 12-5226 YGR (PR). A judgment of dismissal is entered. Plaintiff shall take nothing by way of his complaint. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED:  April 11, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\CR.13\Frost0739.jud.frm